UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA JOYCE DAVIS,

       Plaintiff,

                                           Case No. 11-10324

v.

                                           Honorable Patrick J. Duggan

WAYNE STATE UNIVERSITY,

       Defendant.
_____/

## JUDGMENT

On January 26, 2011, Brenda Davis ("Plaintiff") filed this action against Wayne State University, alleging employment discrimination and retaliation in violation of federal law. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.


Dated: July 15, 2011                            s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Copies to:

Brenda Davis
20521 Archdale
Detroit, MI 48235

Amy Stirling Lammers, Esq.